and *Hugh M. Bennett* for petitioner. *John H. Bruninga* for respondents.

No. 252. McGuire et al. *v.* Todd et al. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. H. P. Kucera* for respondents.

No. 254. White *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Slack, Lee A. Jackson* and *S. Dee Hanson* for respondent.

No. 255. Davenport *v.* United States. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 256. Rising *v.* United States. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 257. Washington Lumber & Millwork Co. *v.* Dant & Russell Sales Co. Supreme Court of Pennsylvania. Certiorari denied. *Edwin P. Rome* for petitioner. *Walter Biddle Saul* for respondent.

No. 259. Advance Machinery Exchange, Inc. *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *J. H. Landman* for petitioner. *Acting*